# United States District Court
## For The Western District of North Carolina
## Statesville Division

JAMES H. MOSER,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:08CV97

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 11, 2008, Order.

                          Signed: November 11, 2008

Frank G. Johns, Clerk
United States District Court